NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL LAKE, )
)
      Appellant, )
)
v. )    Case No. 2D17-1200
)
STATE OF FLORIDA, )
)
      Appellee. )
_____ )

Opinion filed May 9, 2018.

Appeal from the Circuit Court for Collier
County; Hugh D. Hayes, Judge.

Michael Lake, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Carrol Y. Cherry Eaton,
Senior Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

      Affirmed.

VILLANTI, MORRIS, and ATKINSON, JJ., Concur.